**Sarah REUSS, Plaintiff-Appellant,**

v.

**SABENA BELGIAN WORLD AIRLINES,**
**Defendant-Appellee.**

**No. 14367.**

United States Court of Appeals
Sixth Circuit.

Nov. 28, 1960.

Philip Zimmerman, Roemisch Wright & Zimmerman, Cleveland, Ohio, Philip Zimmerman, Cleveland, Ohio, of counsel, for plaintiff-appellant.

Edward C. Adkins, Arter Hadden Wykoff & Van Duzer, Cleveland, Ohio, Edward C. Adkins, Cleveland, Ohio, of counsel, for defendant-appellee.

AGREED ORDER.

The Court finds that the parties to the within action have agreed to dismiss the appeal filed herein at appellant's costs, and further finds that all costs have been paid.

It is therefore ordered the appeal filed herein be dismissed at plaintiff-appellant's costs.

**COMMISSIONER OF INTERNAL REVENUE, Petitioner,**

v.

**John A. DECKER and Gladys I. Decker et al., Respondents.**

**Nos. 14157–14160.**

United States Court of Appeals
Sixth Circuit.

Dec. 12, 1960.

Norman H. Wolfe, Department of Justice, Washington, D. C., Abbott M. Sellers, Acting Asst. Atty. Gen., Lee A. Jackson, C. Guy Tadlock, Attorneys, Department of Justice, Washington, D. C., on brief, for petitioner.

K. V. Nicola, Cleveland, Ohio, for respondents.

Before McALLISTER, Chief Judge, and CECIL and O'SULLIVAN, Circuit Judges.

ORDER.

This is an appeal from the Tax Court of the United States.

The cases were submitted to the Court upon the records, the briefs, joint appendix and oral arguments of counsel.

Upon consideration whereof the Court finds that there is no error in the record or the Findings of Fact and opinion of the trial judge.

It is therefore ordered, adjudged and decreed that the decisions of the Tax Court be and they are hereby affirmed on the Findings of Fact and Opinion of Judge Drennen. 32 T.C. 326.